No. 594.—Luce & Company, S. en C., apelante, *v.* Registrador de Guayama, apelado. Recurso Gubernativo en apelación a la Corte de Circuito de Apelaciones, Primer Circuito.   Oct. 5, 1925.

A la moción de la peticionaria apelante sobre mandamiento de *supersedeas* al Registrador de la Propiedad de Guayama, no habiendo dicha parte apelante en su escrito de apelación de marzo 25, 1925, de la sentencia dictada por esta corte en febrero 20, 1925, para ante la Corte de Circuito de Apelaciones para el Primer Circuito de los Estados Unidos, solicitado que se fijara fianza de *supersedeas,* y apareciendo de la resolución dictada por esta corte en julio 24, 1925 que la fianza fijada a la apelante por $300 fué únicamente para responder de las costas que la apelación pudiera ocasionar a la parte contraria, *no ha lugar* a la moción.